### 255.   CARROLL *v.* HUTCHINSON.

POWELL, J. 1. A plea alleging fraud, but not alleging specific acts constituting fraud, should be stricken on demurrer.

2. One who, in the absence of fraud, knowingly gives his promissory notes for a sum of money for the purchase-price of land for which he accepts from the payee of the notes a bond for title, conditioned upon the payment of that sum, can not defeat the collection of the notes by show-

ing an antecedent executory agreement on the payee's part to give him the land, or a part of the purchase-price, or to sell it to him at a price different from that stated in the written contract.

3. The evidence demanded a verdict for the plaintiff.

*Judgment reversed.*

Complaint, from city court of Thomasville—Judge Hansell. February 8, 1907.

Submitted March 29,—Decided May 24, 1907.

*M. Baum, W. C. Snodgrass, E. P. S. Denmark,* for plaintiff.